# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Piper Energy Limited Liability Limited Partnership; MBI Oil and Gas, LLC; Missouri River Royalty Corporation; Dudley J. Stuber, Trustee of Dudley J. Stuber Land & Royalty Trust; Mark Fliginger; Northern Pacific Royalties, LLC; Twin City Technical, L.L.C.; Northern Energy Corporation; PtichBlack Oil, LLC; and Clark James Crawford,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Hess Corporation, and Hess Bakken Investments II, LLC,<br><br>　　　　　　Defendants. | **ORDER MANDATING MEDIATION**<br><br>Case No. 4:14-cv-123 |

The court hereby orders the parties to participate, in good faith, in mediation to resolve the litigation currently before the court. The parties shall have until September 30, 2016 to do so.

**IT IS SO ORDERED.**

Dated this 19th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court