# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Piper Energy Limited Liability Limited Partnership; MBI Oil and Gas, LLC; Missouri River Royalty Corporation; Dudley J. Stuber, Trustee of Dudley J. Stuber Land & Royalty Trust; Mark Fliginger; Northern Pacific Royalties, LLC; Twin City Technical, L.L.C.; Northern Energy Corporation; PtichBlack Oil, LLC; and Clark James Crawford | ) ) ) ) ) ) ) ) ) ) | **ORDER**<br><br>Case No. 4:14-cv-123 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Hess Corporation, and Hess Bakken Investments II, LLC, | ) ) ) ) | |
| Defendants. | ) | |

The Court has been advised the parties have reached a settlement. The parties are directed to file their closing documents by December 31, 2016.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court