# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Piper Energy Limited Liability Limited Partnership; MBI Oil and Gas, LLC; Missouri River Royalty Corporation; Dudley J. Stuber, Trustee of the Dudley J. Stuber Land & Royalty Trust; Mark Fliginger; Northern Pacific Royalties, LLC; Twin City Technical, L.L.C.; Northern Energy Corporation; PitchBlack Oil, LLC; and Clark James Crawford,<br><br>Plaintiffs,<br><br>vs.<br><br>Hess Corporation, and Hess Bakken Investments II, LLC,<br><br>Defendants. | **ORDER ADOPTING STIPULATION TO DISMISS**<br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 4:14-cv-123 |

On March 6, 2017, the parties filed a "Stipulation to Dismiss." The court **ADOPTS** the stipulation (Docket No. 61) and **DISMISSES** the above-entitled action with prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

                                                                        */s/ Charles S. Miller, Jr.*
                                                                        Charles S. Miller, Jr., Magistrate Judge
                                                                        United States District Court